02C01-2309-PL-000395
Allen Circuit Court

Filed: 9/18/2023 3:05 PM
Clerk
Allen County, Indiana
BB

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE ALLEN CIRCUIT COURT |
| | )SS: | |
| COUNTY OF ALLEN | ) | CAUSE NO. |
| | | |
| ROBERT STRAHAN, | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| AMERICAN ELECTRIC POWER, | ) | |
| Defendant, | ) | |

## Complaint for Damages

Plaintiff alleges:

1. Plaintiff, Robert Strahan (Strahan) is an adult Afro-American male, resident of Fort Wayne, Indiana and former employee of Defendant, American Electric Power.

2. Defendant, American Electric Power (AEP) is an electric power company that generates and provides electric power to Fort Wayne, Indiana and other states. It has an office at 3600 Landin Road, New Haven, Indiana where Strahan was employed. AEP is authorized to operate in Indiana and employs 1,000 employees or more each calendar year and employed Strahan.

3. Defendant AEP is engaged in interstate commerce and is headquartered at 1 Riverside Plaza, Columbus, OH 43215.

4. Strahan was a qualified Afro-American individual who has been employed

EXHIBIT B

as a contractor with AEP since April 5, 2022.

5. During Defendant's onboarding process, Strahan was asked for a photograph of himself. Said photograph had no relevance to the onboarding process.

6. Strahan alleges that other contractors (non Afro-American) outside of his race weren't asked to provide these photos.

7. On November 8, 2022, during Strahan's lunch break, a co-worker of Strahan, John Shube (white male) (Shube), stated "What's up chicken lips", a sexual and racial remark that made Strahan uncomfortable. Said comment has racial overtones.

8. Strahan reported that comment described here to his supervisor, Andrea Smith (white female).

9. Ms. Smith offered no assistance to Strahan at the time. Additionally, Ms. Smith did not take the comment seriously.

10. On November 9, 2022, Strahan was called by a representative Anna Smith (white female) (Smith) from Integrated Talent Strategies (ITS) and notified he had been suspended without pay for that workday and not to report to work because of the prior incident from the previous day.

11. Strahan alleges he was suspended because of his race and because Strahan reported the race and sexual harassment on November 8, 2022.

12. On January 24, 2023, Smith terminated Strahan from his employment.

EXHIBIT B

13. Prior to termination, Strahan had never had any work performance issues or disciplinary actions.

14. Strahan alleges he was terminated in retaliation for reporting the remake that Shube made and because of Strahan's race.

15. Strahan alleges that he was discriminated against, harassed, and retaliated against based on his sex and race.

16. This complaint is for violations of Title VII of the Civil Rights Act of 1964 as amended.

17. Attached as Exhibis A and B are Strahan's charge of discrimination and amended charge of discrimination.

18. Strahan's Notice of Right to Sue is attached as Exhibit C.

19. This complaint is timely filed.

20. As a direct result of the above described conduct, Strahan has suffered a loss of income and benefits, been subject to embarrassment, harassment, mental anguish, and stress and other injuries yet to be determined.

    WHEREFORE, Strahan seeks compensation damages, punitive damages and reasonable attorney's fees and all other just and proper relief.

## JURY DEMAND

Strahan seeks a trial by jury in this cause, pursuant to Indiana Trial

EXHIBIT B

Rules.

          Respectfully submitted,

          */s/   Samuel L. Bolinger*
          Samuel L. Bolinger, #10786-98
          803 S. Calhoun St., Ste. 300
          Fort Wayne, IN 46802
          Tel:   260-407-0040
          Fax:  260-407-0039
          Email:  mark@slbolingerlaw.com
          Counsel for Plaintiff

EXHIBIT B

**02C01-2309-PL-000395**
Allen Circuit Court

Filed: 9/18/2023 3:05 PM
Clerk
Allen County, Indiana
BB

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>EEOC<br>FEPA | Agency(ies) Charge No(s):<br>24D-2023-00140<br>EC-0046-A23 |
|---|---|---|
| Fort Wayne Metropolitan Human Relations Commission | | and EEOC |
| *State or local Agency, if any* | | |

| Name (indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.)<br>Robert Strahan | Home Phone<br>(260) 210-2242 | Year of Birth<br>1991 |
|---|---|---|

Street Address
8018 Queenboro Ct
Fort Wayne, IN 46835

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name<br>American Electric Power | No. Employees, Members<br>15 - 100 Employees | Phone No. |
|---|---|---|

Street Address
3600 Landin Rd.
New Haven, IN 46774

| Name | No. Employees, Members | Phone No. |
|---|---|---|

Street Address       City, State and ZIP Code

| DISCRIMINATION BASED ON<br><br>Race, Retaliation | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest: 04/05/2022<br>Latest: 01/24/2023 |
|---|---|

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

I am a qualified black individual who has been employed as a contractor with American Electric Power (AEP) since April 5, 2022. During the onboarding process, I was asked for a photo of myself that had no relevance to the onboarding process. I do not believe other contractors outside of my race are asked to provide these photos.

On November 8, 2022, during my lunch break co-worker John Shube (Shube) stated Whats up chicken lips to me; a sexual and racial remark that made me uncomfortable. I reported this remark to my supervisor, Andrea Smith. She offered no assistance to me at the time and did not take the comment seriously.

On November 9, 2022, I was called by a representative Anna Smith from Integrated Talent Strategies (ITS) and told I had been suspended without pay for that workday and not to report to work because of the incident from the day prior. I believe I was suspended because of my race and because I reported race and sex harassment on November 8, 2022.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>02-20-2023       [signature]<br>Date       Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br>[signature]       02-23-2023<br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

**EXHIBIT A**

**EXHIBIT B**

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| Statement and other information before completing this form. | EEOC<br>FEPA | 24D-2023-00110<br>EC-0046-A23 |
| Fort Wayne Metropolitan Human Relations Commission | | and EEOC |
| *State or local Agency, if any* | | |

On January 24, 2023, Andrea Smith terminated my employment. I have never had any work performance issues or disciplinary actions. I believe the termination was retaliation for reporting the remark that Shube made and because of my race.

Because of these things, I believe I have been sexually and racially harassed, discriminated against based on my race, and retaliated against in violation of Title VII of the Civil Rights Act of 1964, as amended and Fort Wayne Ordinance G-21-78, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>02-23-2023<br>Date        *Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>02-23-2023<br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

Page 2 of 3

**EXHIBIT B**

02C01-2309-PL-000395
Allen Circuit Court

Filed: 9/18/2023 3:05 PM
Clerk
Allen County, Indiana
BB

EEOC Form 5 (11/09)

| AMENDED CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC | 24D-2023-00140 |
| | FEPA | EC-0046-A23 |

Fort Wayne Metropolitan Human Relations Commission                                   and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.) | Home Phone | Year of Birth |
|---|---|---|
| Robert Strahan | (260) 210-2242 | 1991 |

Street Address
8018 Queenboro Ct
Fort Wayne, IN 46835

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| American Electric Power | 15 - 100 Employees | |

Street Address
3600 Landin Rd.
New Haven, IN 46774

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

Street Address                              City, State and ZIP Code

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|---|
| | Earliest | Latest |
| Race, Retaliation, Sex | 04/05/2022 | 01/24/2023 |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I am a qualified black individual who has been employed as a contractor with American Electric Power (AEP) since April 5, 2022. During the onboarding process, I was asked for a photo of myself that had no relevance to the onboarding process. I do not believe other contractors outside of my race are asked to provide these photos.

On November 8, 2022, during my lunch break co-worker John Shube (Shube) stated Whats up chicken lips to me; a sexual and racial remark that made me uncomfortable. I reported this remark to my supervisor, Andrea Smith. She offered no assistance to me at the time and did not take the comment seriously.

On November 9, 2022, I was called by a representative Anna Smith from Integrated Talent Strategies (ITS) and told I had been suspended without pay for that workday and not to report to work because of the incident from the day prior. I believe I was suspended because of my race and because I reported race and sex harassment on November 8, 2022.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – *When necessary for State and Local Agency Requirements*

I declare under penalty of perjury that the above is true and correct.

2-28-23
Date                                   Charging Party Signature

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

Page 1 of 3

**EXHIBIT B**

EXHIBIT B

EEOC Form 5 (11/09)

| AMENDED CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC | 24D-2023-00140 |
| | FEPA | EC-0046-A23 |
| Fort Wayne Metropolitan Human Relations Commission | | and EEOC |
| *State or local Agency, if any* | | |

On January 24, 2023, Andrea Smith terminated my employment. I have never had any work performance issues or disciplinary actions. I believe the termination was retaliation for reporting the remark that Shube made and because of my race.

Because of these things, I believe I have been sexually and racially harassed, discriminated against based on my race, and retaliated against in violation of Title VII of the Civil Rights Act of 1964, as amended and Fort Wayne Ordinance G-21-78, as amended.

******************Amended Charge (Date amended)********************

I am a qualified black, male who has been employed as a contractor with American Electric Power (AEP) since April 5, 2022. During the onboarding process, I was asked for a photo of myself that had no relevance to the onboarding process. I do not believe other contractors outside of my race are asked to provide these photos.

On November 8, 2022, during my lunch break co-worker John Shube (Shube) stated Whats up chicken lips to me; a sexual and racial remark that made me uncomfortable. I reported this remark to my supervisor, Andrea Smith. She offered no assistance to me at the time and did not take the comment seriously.

On November 9, 2022, I was called by a representative Anna Smith from Integrated Talent Strategies (ITS) and told I had been suspended without pay for that workday and not to report to work because of the incident from the day prior. I believe I was suspended because of my race and because I reported race and sex harassment on November 8, 2022.

On January 24, 2023, Andrea Smith terminated my employment. I have never had any work performance issues or disciplinary actions. I believe the termination was retaliation for reporting the remark that Shube made and because of my race.

Because of these things, I believe I have been discriminated, harassed and retaliated against based on my sex and race, in violation of Title VII of the Civil Rights Act of 1964.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 2-28-23 *Date*    *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

Page 2 of 3

**EXHIBIT B**

02C01-2309-PL-000395

Allen Circuit Court

Filed: 9/18/2023 3:05 PM
Clerk
Allen County, Indiana
BB



## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Indianapolis District Office
101 West Ohio St, Suite 1900
Indianapolis, IN 46204
(463) 999-1240
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued'On: 06/30/2023

**To:** Robert Strahan
8018 Queenboro Ct.
Fort Wayne, IN 46835
Charge No: 24D-2023-00140

EEOC Representative and email:     TIFFANY JOURDAN
Enforcement Supervisor
Tiffany.Jourdan@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Digitally Signed By: Michelle Eisele
06/30/2023

Michelle Eisele
District Director

EXHIBIT C

EXHIBIT B